```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 03 B 48723
   GUY ROSSI
   SANDRA ROSSI                                 CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-0832    SSN XXX-XX-9052

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/02/2003 and was confirmed 03/04/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 06/27/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
HARRIS NA                  SECURED          8500.00        804.49       8500.00
WELLS FARGO MORTGAGE       MORTGAGE ARRE    5098.65           .00       5098.65
WELLS FARGO MORTGAGE       CURRENT MORTG       .00           .00            .00
AMERICAN GENERAL FINANCE   SECURED          1500.00        337.24       1500.00
AT & T BANKRUPCTY          UNSECURED       NOT FILED          .00            .00
TSYS DEBT MANAGEMENT INC   UNSECURED       NOT FILED          .00            .00
CAPITAL ONE                NOTICE ONLY     NOT FILED          .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED        2737.02           .00        273.70
COMCAST                    UNSECURED       NOT FILED          .00            .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED          .00            .00
DISCOVER FINANCIAL SERVI   UNSECURED        5725.82           .00        572.58
GOTTLIEB MEMORIAL HOSPIT   UNSECURED         275.00           .00         27.50
HOUSEHOLD BANK             UNSECURED       NOT FILED          .00            .00
NATIONAL ENTERPRISE SYST   NOTICE ONLY     NOT FILED          .00            .00
SHERMAN ACQUISITION        NOTICE ONLY     NOT FILED          .00            .00
ROUNDUP FUNDING LLC        UNSECURED         756.28           .00         75.63
ECAST SETTLEMENT CORP      UNSECURED        1089.43           .00        108.94
RESURGENT CAPITAL SERVIC   UNSECURED        3238.42           .00        323.84
WAL MART STORES INC        UNSECURED       NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED        3423.86           .00        342.39
HARRIS NA                  UNSECURED        2338.17           .00        233.82
AMERICAN GENERAL FINANCE   UNSECURED        1165.46           .00        116.55
THOMAS W DREXLER           DEBTOR ATTY      1,994.00                   1,994.00
TOM VAUGHN                 TRUSTEE                                     1,243.91
DEBTOR REFUND              REFUND                                         46.86

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              21,600.10


             PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 03 B 48723 GUY ROSSI & SANDRA ROSSI
```

```
PRIORITY                                                         .00
SECURED                                                    15,098.65
    INTEREST                                                1,141.73
UNSECURED                                                   2,074.95
ADMINISTRATIVE                                              1,994.00
TRUSTEE COMPENSATION                                        1,243.91
DEBTOR REFUND                                                  46.86
                                  ---------------     ---------------
TOTALS                                  21,600.10           21,600.10
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/09/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE